433 A.2d 139

Commonwealth v. Whatley, Appellant.

Submitted November 14, 1980. John P. Dohanich, for appellant; John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered September 26, 1979 and the order of Court entered November 7, 1979 are affirmed.